UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DAKOTA J. ROMERO,

                            Plaintiff

      v.

DOE MEDICAL PROVIDER, et al.,

                          Defendant

Case No. 3:24-cv-00527-ART-CSD

ORDER

## I.    DISCUSSION

Plaintiff, who is incarcerated in the custody of the Nevada Department of Corrections (NDOC), has filed a Motion for the Court to Issue a Rule 45 Subpoena Duces Tecum[1] to the Attorney General's Office.  (ECF No. 12.)  Plaintiff is seeking the name of the male nurse—Doe Medical Provider—who canceled Plaintiff's access to physical therapy and the prison parallel bars.  (*Id.*)  The Court **GRANTS** Plaintiff's motion.

## II.    CONCLUSION

**FOR THE FOREGOING REASONS, IT IS ORDERED** that Plaintiff's Motion for the Court to Issue a Rule 45 Subpoena Duces Tecum to the Attorney General's Office (ECF No. 12) is **GRANTED.**

**IT IS FURTHER ORDERED** that the Clerk of the Court shall issue the Subpoena that Plaintiff attached to his Motion for Court to Issue Rule 45 Subpoena Duces Tecum (ECF No. 12 at 12).

**IT IS FURTHER ORDERED** That the Clerk of the Court shall add the NDOC to the docket as an Interested Party and electronically serve a copy of this order and a copy of Plaintiff's Subpoena Duces Tecum (ECF No. 12 at 12) on the Office of the Attorney General of the State of Nevada by adding the Attorney General of the State of Nevada to the docket sheet. This does not indicate acceptance of service.

///

---

[1] In the screening order, the Court instructed Plaintiff that he could file a Rule 45 subpoena duces tecum to attempt to identify Doe Medical Provider.  (ECF No. 9 at 6.)

1

**IT IS FURTHER ORDERED** that by **July 11, 2025**, the Attorney General's Office shall file a notice advising the Court and Plaintiff whether it accepts service of the Subpoena Duces Tecum.

DATED THIS  9th day of July 2025.

_____
UNITED STATES MAGISTRATE JUDGE

2