UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAKOTA J. ROMERO, | Case No. 3:24-cv-00527-ART-CSD |
| Plaintiff | ORDER |
| v. | |
| DOE MEDICAL PROVIDER, | |
| Defendant | |

## I.    DISCUSSION

Plaintiff files a motion stating that he wants to inform the Court that he incorrectly filled out his subpoena duces tecum to discover the name of Doe Medical Provider. (ECF No. 23 at 2.) The Court **DENIES** Plaintiff's motion (ECF No. 23) without prejudice because, even if he incorrectly filled out his subpoena, the Attorney General's Office correctly interpreted the substance of Plaintiff's subpoena and how he was attempting to uncover the name of Doe Medical Provider. In its certificate of compliance, the Attorney General's Office stated that "a page from Plaintiff's medical file was mailed to the Warden with information relevant to his request for 'the name of the male nurse—Doe Medical Provider—who cancelled Plaintiff's access to physical therapy and the prison parallel bars.'" (ECF No. 17 at 1.)

The Attorney General's Office proceeded to state that Plaintiff must "send a kite to the Warden to review the document provided in compliance with his subpoena duces tecum (ECF No. 14)." (*Id.*) Therefore, Plaintiff must follow these instructions to learn the name of Doe Medical Provider. The Court will allow him until **August 29, 2025, to file a motion requesting the Court to substitute the doe defendant's real name and add him or her to the docket**. If Plaintiff fails to file the motion to substitute, the Court will dismiss this action without prejudice.

## II.    CONCLUSION

**FOR THE FOREGOING REASONS, IT IS ORDERED** that Plaintiff's motion (ECF No. 23) is **DENIED** without prejudice.

**IT IS FURTHER ORDERED** that Plaintiff shall have until **August 29, 2025, to file a motion requesting the Court to substitute the doe defendant's real name and add him or her to the docket.** If Plaintiff fails to file the motion to substitute, the Court will dismiss this action without prejudice.

DATED THIS 8th day of August 2025.

_____
UNITED STATES MAGISTRATE JUDGE