UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAKOTA J. ROMERO,<br><br>Plaintiff<br><br>v.<br><br>DOE MEDICAL PROVIDER,<br><br>Defendant | Case No. 3:24-cv-00527-ART-CSD<br><br>ORDER |

**I.   DISCUSSION**

Plaintiff files a motion to inform the Court that he wants to file another subpoena duces tecum because his previous subpoena sought to discover the name of Doe Medical Provider but incorrectly targeted an unnamed male nurse who was not the doe defendant named in this action. (ECF No. 25 at 2). Plaintiff seeks to discover the real name of Doe Medical provider because he or she cancelled Plaintiff's access to physical therapy. (*Id.*) For good cause shown, the Court **GRANTS** Plaintiff's motion.

Plaintiff shall have until **August 21, 2025**, to file his Rule 45 subpoena duces tecum to discover the real name of Doe Medical Provider. If Plaintiff fails to file the new subpoena by that deadline, the Court will dismiss this action without prejudice.

**II.   CONCLUSION**

**FOR THE FOREGOING REASONS, IT IS ORDERED** that Plaintiff's motion to inform (ECF No. 25) is **GRANTED.**

**IT IS FURTHER ORDERED** that Plaintiff shall have until **August 21, 2025**, to file his Rule 45 subpoena duces tecum to discover the real name of Doe Medical Provider. If Plaintiff fails to file the new subpoena by that deadline, the Court will dismiss this action without prejudice.

DATED THIS   14th  day of August 2025.

_____
UNITED STATES MAGISTRATE JUDGE

1