UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAKOTA J. ROMERO,<br><br>        Plaintiff<br><br> v.<br><br>DOE MEDICAL PROVIDER,<br><br>        Defendant | Case No. 3:24-cv-00527-ART-CSD<br><br>ORDER |

**I. DISCUSSION**

Plaintiff files a motion seeking an extension of time to discover the name of Doe Medical Provider. (ECF No. 27.) In his motion, Plaintiff requests an additional thirty days to discover Doe Medical Provider's name because he is waiting for an answer to a kite to view any relevant documents that might help him uncover the name of Doe Medical Provider. (*Id.* at 2.) The Court, in its last order granting Plaintiff an extension of time, explained that he could file a new Rule 45 subpoena duces tecum to discover the real name of Doe Medical Provider. (ECF No. 26 at 1.) Plaintiff does not have to file kites; he should file a new subpoena. Therefore, for good cause shown, the Court **GRANTS IN PART AND DENIES IN PART** Plaintiff's motion for an extension of time.

Plaintiff shall have until **September 4, 2025**, to file his Rule 45 subpoena duces tecum to discover the real name of Doe Medical Provider. If Plaintiff fails to file the new subpoena by that deadline, the Court will dismiss this action without prejudice.

**II. CONCLUSION**

**FOR THE FOREGOING REASONS, IT IS ORDERED** that Plaintiff's motion seeking an extension of time (ECF No. 27) is **GRANTED IN PART AND DENIED IN PART.**

///

///

///

///

**IT IS FURTHER ORDERED** that Plaintiff shall have until **September 4, 2025**, to file his Rule 45 subpoena duces tecum to discover the real name of Doe Medical Provider. If Plaintiff fails to file the new subpoena by that deadline, the Court will dismiss this action without prejudice.

DATED THIS 22nd day of August 2025.

_____
UNITED STATES MAGISTRATE JUDGE

2