UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAKOTA J. ROMERO,<br><br>         Plaintiff<br><br> v.<br><br>DOE MEDICAL PROVIDER,<br><br>         Defendant | Case No. 3:24-cv-00527-ART-CSD<br><br>ORDER |

**I. DISCUSSION**

Plaintiff, who is incarcerated in the custody of the Nevada Department of Corrections (NDOC), has filed a Motion to Extend (ECF No. 29) and a Motion for the Court to Issue a Rule 45 Subpoena Duces Tecum to the Attorney General's Office. (ECF No. 30.) Plaintiff is seeking the name of the individual—Doe Medical Provider—who canceled Plaintiff's access to physical therapy and the prison parallel bars. (*Id.* at 2.) The Court **GRANTS** Plaintiff's Motion to Extend (ECF No. 29) nunc pro tunc and **GRANTS** his Motion for the Court to Issue a Rule 45 Subpoena Duces Tecum to the Attorney General's Office (ECF No. 30).

**II. CONCLUSION**

**FOR THE FOREGOING REASONS, IT IS ORDERED** that Plaintiff's Motion to Extend (ECF No. 29) is **GRANTED** nunc pro tunc.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for the Court to Issue a Rule 45 Subpoena Duces Tecum to the Attorney General's Office (ECF No. 30) is **GRANTED.**

**IT IS FURTHER ORDERED** that the Clerk of the Court shall issue the Subpoena that Plaintiff attached to his Motion for Court to Issue Rule 45 Subpoena Duces Tecum (ECF No. 30 at 5–6).

**IT IS FURTHER ORDERED** that by **September 19, 2025**, the Attorney General's Office shall file a notice advising the Court and Plaintiff whether it accepts service of the Subpoena Duces Tecum.

**IT IS FURTHER ORDERED** that if the Attorney General's Office accepts service of the Subpoena Duces Tecum and discovers the identity of the doe defendant, it shall file the name of the doe defendant with the Court on the docket on or before **September 24, 2025**. If the Attorney General's Office fails to discover the identity of the doe defendant, it shall file a notice with the Court on or before **September 24, 2025**.

DATED THIS 12th day of September 2025.

_____
UNITED STATES MAGISTRATE JUDGE