UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| DAKOTA J. ROMERO, | Case No. 3:24-cv-00527-ART-CSD |
|---|---|
| Plaintiff | ORDER |
| v. | |
| DOE MEDICAL PROVIDER, | |
| Defendant | |

**I.    DISCUSSION**

Following this Court's September 12, 2025, order (ECF No. 31), the Attorney General's Office filed a certificate of compliance stating that it could not identify the doe defendant who canceled Plaintiff's access to physical therapy. (ECF No. 34). However, in the previous certificate of compliance, the Attorney General's Office stated that "a page from Plaintiff's medical file was mailed to the Warden with information relevant to his request for 'the name of the male nurse—Doe Medical Provider—who canceled Plaintiff's access to physical therapy and the prison parallel bars.'" (ECF No. 17 at 1). While the unnamed male nurse is not the doe defendant in this action (ECF No. 25), Plaintiff and the Court may find the information on the page referenced in the first certificate of compliance (ECF No. 17) helpful. Therefore, the Court **ORDERS** the Attorney General's Office to file the page from Plaintiff's medical file referenced in its first certificate of compliance (ECF No. 17) on the docket by close of business on **September 18, 2025**.

**II.    CONCLUSION**

**FOR THE FOREGOING REASONS, IT IS ORDERED** that the Attorney General's Office will file the page from Plaintiff's medical file referenced in its first certificate of compliance (ECF No. 17) on the docket by close of business on **September 18, 2025**.

DATED THIS 16th day of September 2025.

_____
UNITED STATES MAGISTRATE JUDGE