1
2
3
4

UNITED STATES DISTRICT COURT

5

DISTRICT OF NEVADA

6

DAKOTA J. ROMERO,                                    Case No. 3:24-cv-00527-ART-CSD

7

                                    Plaintiff                    ORDER

8

        v.

9

DOE MEDICAL PROVIDER,

10

                                    Defendant

11      Following the Court's order (ECF No. 35), the Attorney General's Office filed under

12  seal a page of Plaintiff's medical record containing the names of three medical providers

13  he has interacted with in the past. (ECF No. 37-1 at 2). The Court, therefore, **ORDERS**

14  that the Clerk of the Court send Plaintiff the documents filed at ECF Nos. 37 and 37-1.

15      With these documents, Plaintiff shall have until **September 24, 2025, to file a**

16  **motion requesting the Court to substitute the doe defendant's real name and add**

17  **him or her to the docket**. If Plaintiff fails to file the motion to substitute, the Court will

18  dismiss this action without prejudice. The Court will not allow any more extensions for this

19  matter.

20      DATED THIS  18th day of September 2025.

21
22                                    UNITED STATES MAGISTRATE JUDGE

23
24
25
26
27
28