UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DAKOTA ROMERO,

                Plaintiff,

v.

MEDICAL PROVIDER, et al.,

                Defendants.

Case No. 3:24-cv-00527-ART-CSD

ORDER

      Plaintiff files a motion to inform court in this closed case. (ECF No. 44). Plaintiff's motion informs the Court that he has not received any e-files from the Northern Nevada Correctional Center law librarian since October 3, 2025. (*Id.*) The Court denies this motion as moot in light of this closed case.

      It is therefore ordered that the motion to inform (ECF No. 44) is denied as moot. No further documents may be filed in this closed case unless authorized by the various federal civil rules on judicial procedure.

      The Clerk of the Court is directed to send Plaintiff a courtesy copy of the dismissal order (ECF No. 42) and docket sheet.

      DATED: November 12, 2025.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1